PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER KAUR,<br><br>  Plaintiff,<br><br>  v.<br><br>USCIS, ET AL.,<br><br>  Defendant. | CASE NO. 2:23-CV-02625 KJM-CKD<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in January 2019. USCIS presently intends to issue a Request for Evidence ("RFE"). Upon receiving Plaintiff's response to the RFE request, the parties anticipate USCIS will be able to complete the adjudication of Plaintiff's application, thereby rendering this lawsuit moot.

The parties therefore stipulate the new date for Defendants to file an answer or other dispositive pleading is March 26, 2024. The parties further request that all other filing deadlines be similarly extended.

/////

/////

Respectfully submitted,

Dated: January 24, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CONRAD K. WU
CONRAD K. WU
Counsel for Plaintiff

ORDER

It is so ordered.

DATED: January 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE