PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER KAUR,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　Defendant. | CASE NO.  2:23-CV-02625 KJM-CKD<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

　　　The Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns Plaintiff's lawful permanent residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in January 2019.  USCIS will issue a Request for Evidence ("RFE") in the coming weeks.  Upon receiving Plaintiff's response to the RFE request, the parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's application, thereby rendering this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 25, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: March 28, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CONRAD K. WU
CONRAD K. WU
Counsel for Plaintiff

ORDER

Good cause appearing, the new date for Defendants to file an answer or other dispositive pleading is April 25, 2024, all other filing deadlines are similarly extended.

IT IS SO ORDERED.

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE