PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER KAUR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, ET AL.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-CV-02625 KJM-CKD<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |

　　　The Defendants respectfully request a third extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in January 2019. On April 18, 2024, USCIS issued a Request for Evidence ("RFE") to Plaintiff. The parties anticipate that USCIS will be able to complete the adjudication upon their receipt of Plaintiff's RFE responses, which is expected to render this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 16, 2024.  The parties further request that all other filing deadlines be similarly extended including the Initial Scheduling Conference set for June 27, 2024.

Respectfully submitted,

Dated:  April 18, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CONRAD K. WU
CONRAD K. WU
Counsel for Plaintiff

ORDER

Good cause appearing, the new date for Defendants to file an answer or other dispositive pleading is September 16, 2024, all other filing deadlines are similarly extended.  The Status (Pretrial Scheduling) Conference set for June 27, 2024 is RESET for October 10, 2024 at 2:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior.  The October hearing will proceed by video conferencing through the Zoom application.  The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

DATED:  April 23, 2024.

CHIEF UNITED STATES DISTRICT JUDGE