1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Defendants
7
8
                IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | VARINDER KAUR,              | CASE NO. 2:23-CV-02625 KJM-CKD
12 |            Plaintiff,        | STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME
13 |        v.                    |
14 | USCIS, ET AL.,               |
15 |            Defendants.       |
16 |                              |

17
18    The Defendants respectfully request a fourth extension of time in which to respond to the
19 Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent
20 residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and
21 Immigration Services ("USCIS") in January 2019. On April 18, 2024, USCIS issued a Request for
22 Evidence ("RFE") to Plaintiff. Plaintiff has recently submitted responses to the RFE on July 23, 2024
23 and August 1, 2024. The parties anticipate that USCIS will be able to complete the adjudication upon
24 their review of Plaintiff's RFE responses, which is expected to render this lawsuit moot.
25 / / /
26 / / /
27 / / /
28 / / /

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is October 16, 2024.  The parties further request that all other filing deadlines be similarly extended including the Initial Scheduling Conference set for October 10, 2024.

Respectfully submitted,

Dated:  September 12, 2024          PHILLIP A. TALBERT
                                     United States Attorney

                                     By:  /s/ ELLIOT C. WONG
                                          ELLIOT C. WONG
                                          Assistant United States Attorney

Dated:  September 12, 2024          By:  /s/ ASHWANI BHAKHRI
                                          ASHWANI BHAKHRI
                                          Counsel for Plaintiff

ORDER

The parties' stipulated request is **granted**.  The date for defendants to file an answer or other dispositive pleading is October 16, 2024.  The status (initial scheduling) conference is vacated and continued to **November 14, 2024** at 2:30 p.m. before the undersigned with a joint status report due **fourteen days prior**.

IT IS SO ORDERED.

DATED:  September 19, 2024.

CHIEF UNITED STATES DISTRICT JUDGE